IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL-JOHN D. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) |
| DON PATIN, | ) |
| Defendant. | ) Civil Action No. 3:21-CV-0387-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be dismissed without prejudice for failure to comply with a court order and for want of prosecution.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Plaintiff's Complaint be **DISMISSED** without prejudice. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on Appeal is **DENIED**. Any and all remaining Motions are **DENIED** as moot.

SO ORDERED this 28th day of April, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired. Moreover, as of today's date, Plaintiff has failed to comply with the Magistrate Judge's Notice of Deficiency and Order—*i.e.* Plaintiff has failed to file an amended complaint and an amended motion to proceed *in forma pauperis*.